UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

MELISSA M BARTLETT and
EDWARD L BARTLETT

Debtors    /

Case No. 3:10-bk-06108-PMG

Chapter 13

**TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE CONFIRMED PLAN PAYMENTS**

COMES NOW DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE, who hereby moves to dismiss the above-styled Chapter 13 case and in support thereof would state as follows:

1. As of November 14, 2011, the Debtors are delinquent in confirmed plan payments to the Trustee in the amount of $7,373.30, which is the sum through and including the November 14, 2011 payment.

2. The Debtors' failure to make timely payments to the Chapter 13 Trustee is contrary to the terms of the Order Confirming the Chapter 13 Plan and the Bankruptcy Code. As such, it constitutes grounds for dismissal pursuant to 11 U.S.C. §1307( c) as a failure of the Debtors to abide by Orders of the Court and as an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing the case for failure to make confirmed plan payments for the above-styled Chapter 13 case, together with such other relief as the Court deems just and proper.

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail November 14, 2011 on the Debtors and Attorney for the Debtors.

/s/ Douglas W. Neway
Douglas W. Neway
Florida Bar No. 0709948
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone     (904)358-6465
FAX              (904)634-0038